IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

THIS DOCUMENT RELATES TO:
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOMBROWSKI, WALTER DEC'D | : | Civil Action No. H87-210 / H90-571 |
| PERKINS, GARY | : | Civil Action No. H82-321 |
| SPROWL, WALTER DEC'D | : | Civil Action No. H85-808 |
| STRANO, SEBASTISAN F. DEC'D | : | Civil Action No. 291CV00481 |

## MOTION AND ORDER TO WITHDRAW APPEARANCE

Embry & Neusner hereby submits to the Court, in accordance with the Court's Administrative Order No. 12, that Embry and Neusner moves to withdraw its appearance as the Plaintiffs are now represented by alternative counsel.

SUBMITTED BY:

_Melissa M. Olson_    8/11/07
Melissa M. Olson, Esq.
ct18813
Embry & Neusner
P.O. Box 1409
Groton, CT  06340
(860) 449-0341

SO ORDERED:

_James T. Giles, J._
Judge
James T. Giles
8/23/2007

## CERTIFICATE OF SERVICE

I hereby certified that the following defendants of record were served U.S.P.S., postage pre-paid, on this  1st  day of  August 2007:


Thomas Maxwell, Esq.
Pullman & Comley
850 Main Street
Bridgeport, CT  06601
*Attorney for Westinghouse*

Peter Rubin, Esq.
Bernstein, Shur, et al.
100 Middle Street
Portland, ME  04104
*Attorney for Owens-Illinois*

Mr. Bruce Lassman
Clerk-MDL Docket
U.S.D.C. Eastern District of PA
U.S. Courthouse
601 Market Street, Room 6613
Philadelphia, PA  19106

Melissa M. Olson, Esq.